UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PALLADIUM USA, INC.,** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Civil Action No. 4:25-cv-03569 |
| § | | |
| **DIANA NICKELL d/b/a** § | | |
| **TEXAS PALLADIUM PROPERTIES,** § | | |
| Defendant. § | | |

## ORDER

IT IS THEREFORE ORDERED that:


\_\_\_\_\_ Plaintiff's Complaint is DISMISSED WITH PREJUDICE.


\_\_\_\_\_ Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff may file an Amended Complaint within thirty (30) days of this Order addressing the deficiencies identified herein.  If Plaintiff fails to file an Amended Complaint within thirty (30) days, this dismissal shall automatically convert to a dismissal WITH PREJUDICE.


IT IS SO ORDERED.


SIGNED at Houston, Texas, this \_\_\_\_\_ day of _____, 2025.

_____

KEITH P. ELLISON

UNITED STATES DISTRICT JUDGE

4932-6034-8773, v. 4