UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PALLADIUM USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIANA NICKELL d/b/a TEXAS PALLADIUM PROPERTIES, <br><br> Defendant. | Case No. 4:25-cv-03569 |

**PROPOSED ORDER ON DEFENDANT'S
MOTION TO DISMISS**

On this day, the Court considered Defendant Diana Nickell d/b/a Texas Palladium Properties' Motion to Dismiss Pursuant to Rule 12(b)(6) ("Motion to Dismiss") (Dkt. 11) against Plaintiff Palladium USA, Inc. The Court having considered the Motion to Dismiss, the Opposition thereto (Dkt. 13), and the pleadings on file is of the opinion that the Motion to Dismiss should be denied. It is therefore

ORDERED that Defendant Diana Nickell d/b/a Texas Palladium Properties' Motion to Dismiss is DENIED in its entirety.

Signed on _____, 2025

_____
**KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE**