UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PALLADIUM USA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIANA NICKELL d/b/a TEXAS )<br>PALLADIUM PROPERTIES, )<br>)<br>Defendant. )<br>) | **Case No. 4:25-cv-03569** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Parties in this action, Palladium USA, Inc. ("Palladium" or "Plaintiff"), and Diana Nickell d/b/a Texas Palladium Properties ("Defendant"), file this Joint Stipulation of Dismissal without Prejudice. The Parties have reached a confidential agreement settling the controversy between them. Accordingly, the Parties wish to dismiss this pending case without prejudice, with court costs, expenses, and attorneys' fees to be taxed to the party incurring same.

Wherefore, the above-styled Parties, by and through the filing of this *Joint Stipulation of Dismissal without Prejudice* signed by their respective attorneys of record, request that this case be dismissed without prejudice with costs, expenses, and attorneys' fees to be taxed to the party incurring same. An order reflecting the dismissal is being submitted with this stipulation.

DATED: October 22nd, 2025

                Respectfully Submitted,

By:   */s/Clifford Bowie Husted*
Clifford Bowie Husted
Attorney-In-Charge
State Bar No. 00796803
Southern District of Texas Bar No. 20775
chusted@clarkhill.com
CLARK HILL PLC
1000 Louisiana Street, Suite 2800
Houston, Texas 77002
(713) 951-5600
(713) 951-5660 Facsimile

Evan Gourvitz (*pro hac vice* granted)
New York Bar No. 2995355
evan.gourvitz@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000
(212) 596-9090 Facsimile

*Attorneys for Plaintiff*
*PALLADIUM USA, INC.*

By:    */s/ Philip D. Racusin*
SIMON W. HENDERSHOT, III
State Bar No. 09417200
trey@ hchlawyers.com
PHILIP D. RACUSIN
State Bar No. 24054267
pracusin@ hchlawyers.com
HENDERSHOT COWART P.C.
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 783-3110
Facsimile: (713) 783-2809
E-Service: trey@hchlawyers.com,
pracusin@hchlawyers.com, and
paralegals@hchlawyers.com
*ATTORNEYS FOR DEFENDANT*
*DIANA NICKELL d/b/a*
*TEXAS PALLADIUM PROPERTIES*