OUTUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PALLADIUM USA, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:25-cv-03569 |
| DIANA NICKELL d/b/a TEXAS PALLADIUM PROPERTIES, | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On this day, the Court considered the Joint Stipulation of Dismissal without Prejudice filed by Palladium USA, Inc and Diana Nickell d/b/a Texas Palladium Properties. in the above-styled action. Therefore:

IT IS ORDERED, ADJUDGED, AND DECREED, that all Parties' claims and causes of action asserted in this matter are hereby DISMISSED without prejudice to refiling of the same. Costs are to be paid by the party incurring same.

Signed on _____.

_____
**JUDGE PRESIDING**

**APPROVED AND REQUESTED FOR ENTRY:**

By:   */s/Clifford Bowie Husted*
**Clifford Bowie Husted**
Attorney-In-Charge
State Bar No. 00796803
Southern District of Texas Bar No. 20775
chusted@clarkhill.com
CLARK HILL PLC
1000 Louisiana Street, Suite 2800
Houston, Texas 77002
(713) 951-5600
(713) 951-5660 Facsimile

**Evan Gourvitz (*pro hac vice* granted)**
New York Bar No. 2995355
evan.gourvitz@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000
(212) 596-9090 Facsimile

*Attorneys for Plaintiff*
*PALLADIUM USA, INC.*


By:   */s/ Philip D. Racusin*
**SIMON W. HENDERSHOT, III**
State Bar No. 09417200
trey@ hchlawyers.com
PHILIP D. RACUSIN
State Bar No. 24054267
pracusin@ hchlawyers.com
HENDERSHOT COWART P.C.
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 783-3110
Facsimile: (713) 783-2809
E-Service: trey@hchlawyers.com,
pracusin@hchlawyers.com,
and paralegals@hchlawyers.com
*ATTORNEYS for Defendant*
*DIANA NICKELL d/b/a*
*TEXAS PALLADIUM PROPERTIES*

1008665\284127055.v1