Case 4:25-cv-03569   Document 17   Filed on 10/22/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 23, 2025
Nathan Ochsner, Clerk

OUTUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PALLADIUM USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIANA NICKELL d/b/a TEXAS PALLADIUM PROPERTIES, <br><br> Defendant. | Case No. 4:25-cv-03569 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day, the Court considered the Joint Stipulation of Dismissal without Prejudice filed by Palladium USA, Inc and Diana Nickell d/b/a Texas Palladium Properties. in the above-styled action. Therefore:

IT IS ORDERED, ADJUDGED, AND DECREED, that all Parties' claims and causes of action asserted in this matter are hereby DISMISSED without prejudice to refiling of the same. Costs are to be paid by the party incurring same.

Signed on  October 22, 2025            .

_____
**JUDGE PRESIDING**

**APPROVED AND REQUESTED FOR ENTRY:**

By:    */s/Clifford Bowie Husted*
      **Clifford Bowie Husted**
      Attorney-In-Charge
      State Bar No. 00796803
      Southern District of Texas Bar No. 20775
      chusted@clarkhill.com
      CLARK HILL PLC
      1000 Louisiana Street, Suite 2800
      Houston, Texas 77002
      (713) 951-5600
      (713) 951-5660 Facsimile

      **Evan Gourvitz (*pro hac vice* granted)**
      New York Bar No. 2995355
      evan.gourvitz@ropesgray.com
      ROPES & GRAY LLP
      1211 Avenue of the Americas
      New York, NY 10036-8704
      (212) 596-9000
      (212) 596-9090 Facsimile

      *Attorneys for Plaintiff*
      *PALLADIUM USA, INC.*


By:    */s/ Philip D. Racusin*
      **SIMON W. HENDERSHOT, III**
      State Bar No. 09417200
      trey@ hchlawyers.com
      PHILIP D. RACUSIN
      State Bar No. 24054267
      pracusin@ hchlawyers.com
      HENDERSHOT COWART P.C.
      1800 Bering Drive, Suite 600
      Houston, Texas 77057
      Telephone: (713) 783-3110
      Facsimile: (713) 783-2809
      E-Service: trey@hchlawyers.com,
      pracusin@hchlawyers.com,
      and paralegals@hchlawyers.com
      *ATTORNEYS for Defendant*
      *DIANA NICKELL d/b/a*
      *TEXAS PALLADIUM PROPERTIES*